# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-5270** **September Term, 2013**

FILED ON: MARCH 21, 2014

NACS, FORMERLY KNOWN AS NATIONAL ASSOCIATION OF CONVENIENCE STORES, ET AL.,
APPELLEES

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,
APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:11-cv-02075)

---

Before: TATEL, *Circuit Judge*, and EDWARDS and WILLIAMS, *Senior Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment to the merchants appealed from in this cause is hereby reversed and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

/s/
Jennifer M. Clark
Deputy Clerk

Date: March 21, 2014

Opinion for the court filed by Circuit Judge Tatel.